FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Krista MariaAnn Boseley,<br>DEFENDANT(S). | CASE NUMBER<br><br>SA14-00371M-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defense counsel__, IT IS ORDERED that a detention hearing is set for __October 14,__ , __2014__ , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10-10-2014__        _____
U.S. District Judge/Magistrate Judge
**DOUGLAS F. McCORMICK**

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                   Page 1 of 1