FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Krista MarieAnn Boseley, DEFENDANT(S). | CASE NUMBER SA14-00371M-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _October 15_____, _2014_____, at _11:00_____ ☒a.m. / ☐p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10-14-14_____     ~~U.S. District Judge~~/Magistrate Judge

**DOUGLAS F. McCORMICK**